

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT ON REMAND

James Elwood King Jr.,

Vs. No. 11-17-00179-CR

The State of Texas,

\* From the 220th District Court
of Comanche County,
Trial Court No. CR-04105.

\* July 8, 2021

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete the time payment fee of $25, and we affirm the judgment as modified.